Provided to Suwannee Correctional Institution on:
JUN 20 2022 for mailing by: [initials]

FILED
2022 JUN 23 AM 11:23
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

~~ORIGINAL COPY OF L~~

STATE OF: FLORIDA
COUNTY OF: SUWANNEE

CLERK OF COURT
UNITED STATES DISTRICT COURT
300 N. Hogan ST, STE 9-150
JACKSONVILLE, FLORIDA
32202-4271

**SWORN Affidavit** 3:22-cv-697-BJD-LLL

ATTN: CLERK OF COURT

I AM IN A SERIOUS STATE OF ILLUSION ON TOP OF BEING ASSAULTED AND ABUSED DAILY IN SUWANNEE CORR. INST DESIGNATED MENTAL HEALTH UNIT.

THE Assigned Psychologist M. LOPEZ, HAS BEEN Advised of This (Voice Hearing) Since My Arrival 3-8-21. I HAVE NOT Received (Any Treatment) FOR Hearing These Voices Which Has myself SERIOUSLY CONTEMPLATING Suicide ON Every Level.

ON MAY 12, 2022 I WAS Assaulted by C/O G. Warren, And C/O J. Redman As Advised To The offices of: F.B.I. WASHINGTON D.C., U.S. Attorney General, Inspector General, office of The State Attorney Seeking To Press Criminal Charges Via 6/20/22 Submitted To MAIL CARRIER RACHEL POPE, IN Affidavit formats.

I WENT DIRECTLY TO THE SECRETARY OF F.D.O.C. Via GRIEVANCE As This Institution does Not Answer Grievances To Stop Exhaustion COMPLetion - When The Secretary office Answer/ Responded, Said Exhaustion WAS COMPleted, THUS

1 oF 3

making this Situation liable for Suit in this Court. Although I HAVE three(3) Injunctions pending in Suwannee County Circuit Court CASE# (2022-0010-RV) DANIEL ROSADO, (2022-0013-RV) G. Duren, (2022-0014-RV) J. Redman, And Seeking Criminal Charges Through Suwannee STATE Attorney office This date.

THESE officials Continue To Retaliate ON myself daily - Spitting in my Food Having The Orderlies put Chemicals in my Food, And Following Them Around To The Cells To Ensure I Receive Said. This LT. WALKER IS INSTIGATING SAID Assigned As Incharge of THE MENTAL HEALTH UNIT That HAS These officers Assaulting PATIENTS IN THE MEDICAL Treatment ROOMS OFF CAMERA. ALL OF My MAIL PRESENTED TO MAIL CARRIERS RACHEL POPE And L. WAINWRIGHT, ARE SHARED With Lt. WALKER, Sgt. peacock, C/O J. Redman Who Follows Both of Them Around For This Particular Reason And MANY OTHER OFFicials of This DORMITORY, VIOLATING FEDERAL LAW UNDER U.S. MAIL AS REPORTED TO THE POST MASTER GENERAL U.S. Attorney General, Inspector General, F.B.I. Ect.

I HAVE BROUGHT THIS Abuse To Dr. M. Lopez, J. Lopez, P. Sistrunk, D. STALCHAUSEN, Ect. MENTAL HEALTH STAFF OF THIS Abusive UNIT, AND NONE HAVE EVER WRITTEN A SINGLE INCIDENT REPORT AGAINST ANY OFFICIAL IN THIS UNIT AFTER PATIENTS HAVE REPORTED ASSAULTS By THESE STAFF Above AND OTHERS.

As STATED SUPRA ALL HAS myself IN A Suicidal State of Mind - I NO This Court

has A Demonstrated Duty To Report Suicidal Threats The Copy to this Affidavit has been forwarded to The Special Litigation Section of The U.S. STATES ATTORNEY General in WASHINGTON, D.C. This is not A LAW suit, its A Reporting Under The Crippa Act IN And Affidavit Format, I've only Filed A Single LAW suit in This Court Which WAS in 1999, But, ONE IS SOON TO FOLLOW.

UNDER the PENALTIES OF PERJURY, I hereby declare that the foregoing Affidavit and the Facts Stated herein are True and Correct.

SWORN ON this 20th day of JUNE, 2022

_Andre Sheffield_
Affiant Signature

Andre Sheffield #116194
Suwannee Corr. Inst.
5964 U.S. Hwy 90
Live Oak, Fla
32060

PROVIDED TO MAIL CARRIER RACHEL POPE FOR MAILING VIA U.S. MAIL 6-20-22